IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIXAVIER PACHECO,

    Petitioner,

v.

    Case No. 15-cv-178-jdp

JASON WELLS,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Elixavier Pacheco's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | March 15, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |